# United States District Court

## EASTERN DISTRICT OF WISCONSIN

RICK L. EDWARDS,

                  Plaintiff                    **JUDGMENT IN A CIVIL CASE**

     v.

ST. MARY'S MEDICAL CENTER INC.
and MD JASBER SRA,

                              CASE NUMBER 05-C-1243

                  Defendants.

☐    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒    **Decision by Court**. This action came for consideration before the Court.

      **IT IS ORDERED AND ADJUDGED** that the plaintiff's request to proceed in forma pauperis be and hereby is **granted**.

      **IT IS FURTHER ORDERED** that defendant St. Mary's Medical Center is **dismissed** from this action.

      **IT IS FURTHER ORDERED** that this action be and hereby is **dismissed** pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b)(1) for failure to state a claim.

      **IT IS FURTHER ORDERED** that the Clerk of Court document that this inmate has brought an action that was dismissed as frivolous under 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b)(1).

      **IT IS FURTHER ORDERED** that the Clerk of Court document that this inmate has incurred a "strike" under 28 U.S.C. §1915(g).

      **IT IS FURTHER ORDERED** that the Secretary of the Wisconsin Department of Corrections or his designee shall collect from the plaintiff's prison trust account the $ 248.77 balance of the filing fee by collecting monthly payments from the plaintiff's prison trust account in an amount equal to 20% of the preceding month's income credited to the prisoner's trust account and forwarding payments to the clerk of the court each time the amount in the account exceeds $10 in accordance with 28 U.S.C. § 1915(b)(2). The payments shall be clearly identified by the case name and number assigned to this action.

      **IT IS FURTHER ORDERED** that the Clerk of Court enter judgment accordingly.

**IT IS ALSO ORDERED** that a copies of this order be sent to the warden of the institution where the inmate is confined and to Corey F. Finkelmeyer, Assistant Attorney General, Wisconsin Department of Justice, P.O. Box 7857, Madison, Wisconsin, 53707-7857.

      **I FURTHER CERTIFY** that any appeal from this matter would not be taken in good faith pursuant to 28 U.S.C. § 1915(a)(3) unless the plaintiff offers bonafide arguments supporting his appeal.

Approved by me this 2nd day of February, 2006.

s/ Rudolph T. Randa
United States District Judge

s/ February 2, 2006
Date

SOFRON B. NEDILSKY
Clerk

s/ Jacki L. Koll
(By) Deputy Clerk
